1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DENNIS HALL; MICHELLE HALL,           No.  1:16-cv-00684-DAD-JLT

12                    Plaintiffs,

13          v.                              ORDER RELATING AND REASSIGNING
                                            CASES
14    FCA US, LLC,

15                    Defendant.

16    _____     No.  1:16-cv-00730-DAD-BAM

17    DARLENE GARCIA,

18                    Plaintiff,

19          v.

20    FCA US, LLC,

21                    Defendant.

22    _____     No.  2:16-cv-02781-MCE-AC

      LARRY POWELL,
23
                      Plaintiff,
24
            v.
25
      FCA US, LLC,
26
                      Defendant.
27
      _____
28

| | |
|---|---|
| ROBERT HEFFINGTON,<br><br>                Plaintiff,<br><br>     v.<br><br>FCA US, LLC,<br><br>                Defendant. | No. 2:17-cv-00317-TLN-EFB |
| TIMOTHY DURHAM,<br><br>                Plaintiff,<br><br>     v.<br><br>FCA US, LLC,<br><br>                Defendant. | No. 2:17-cv-00596-TLN-DB |
| LARRY CELESTINE,<br><br>                Plaintiff,<br><br>     v.<br><br>FCA US, LLC,<br><br>                Defendant. | No. 2:17-cv-00597-WBS-DB |
| EDITH SALINAS,<br><br>                Plaintiff,<br><br>     v.<br><br>FCA US, LLC,<br><br>                Defendant. | No. 1:17-cv-00419-LJO-MJS |

|   |   |
|---|---|
| 1 | No. 1:17-cv-00427-DAD-SAB |
| 2 | JULIAN III FLORES; ALEJANDRA FLORES, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | FCA US, LLC, |
| 6 | Defendant. |
| 7 | No. 1:17-cv-00460-LJO-BAM |
| 8 | CARLA SEKULA, |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | FCA US, LLC; TULARE SAG, INC. d/b/a LAMPE CHRYSLER DODGE JEEP RAM, |
| 12 | |
| 13 | Defendants. |

On April 12, 2017, counsel for defendant FCA US LLC, filed a notice of related cases in these actions. The court's review of the records in the above-referenced actions entitled (1) *Darlene Garcia v. FCA US, LLC*, Case No. 1:16-cv-00730-DAD-BAM; (2) *Larry Powell v. FCA US, LLC*, Case No. 2:16-cv-02781-MCE-AC; (3) *Robert Heffington v. FCA US, LLC*, Case No. 2:17-cv-00317-TLN-EFB; (4) *Timothy Durham v. FCA US, LLC*, Case No. 2:17-cv-00596-TLN-DB; (5) *Larry Celestine v. FCA US, LLC*, Case No. 2:17-cv-00597-WBS-DB; (6) *Edith Salinas v. FCA US, LLC*, Case No. 1:17-cv-00419-LJO-MJS; (7) *Julian (III) Flores et al. v. FCA US, LCC*, Case No. 1:17-cv-00427-DAD-SAB; and (8) *Carla Sekula v. FCA US, LLC, et al.*, Case No. 1:17-cv-00460-LJO-BAM reveals that they are related under this court's Local Rule 123 to the following action pending before the undersigned: *Dennis Hall et al. v. FCA US, LLC*, Case No. 1:16-cv-00684-DAD-JLT. These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. In addition, the currently assigned district and magistrate judges in the *Garcia*, *Powell*, *Heffington*, *Durham*, *Celestine*, *Salinas*, *Flores*, and *Sekula* actions

have not engaged in this matter in any substantial way.[1]  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Jennifer L. Thurston will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing, the court orders that the *Garcia*, *Powell*, *Heffington*, *Durham*, *Celestine*, *Salinas*, *Flores*, and *Sekula* actions are reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Jennifer L. Thurston.

Accordingly, documents filed in the above-referenced actions shall bear the following new case numbers:

**1:16-cv-00684-DAD-JLT**

**1:16-cv-00730-DAD-JLT**

**2:16-cv-02781-DAD-JLT**

**2:17-cv-00317-DAD-JLT**

**2:17-cv-00596-DAD-JLT**

**2:17-cv-00597-DAD-JLT**

**1:17-cv-00419-DAD-JLT**

**1:17-cv-00427-DAD-JLT**

**1:17-cv-00460-DAD-JLT**

IT IS SO ORDERED.

Dated:  __**April 17, 2017**__                    _____
                                              UNITED STATES DISTRICT JUDGE

---

[1] The lone exception is that the assigned Magistrate Judge in *Darlene Garcia v. FCA US, LLC*, Case No. 1:16-cv-00730 has already held a scheduling conference and issued a scheduling order. The dates set in that order will remain in effect absent further order of the court.

4