# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-0730 - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Counsel report that the defendant has failed to pay the attorneys' fees ordered by the Court but anticipate it will be paid by May 15, 2018. (Docs. 89, 90) The failure to pay the fees has delayed dismissal of the action. Id. Thus, the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**;
2. The defendant **SHALL** use all reasonable efforts to make the payment ordered by the Court as soon as possible;
3. The stipulated dismissal **SHALL** be filed no later than **May 25, 2018**.

IT IS SO ORDERED.

Dated: __May 2, 2018__　　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE